**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Wilson MATUTE–PINEDA, Defendant—Appellant.**

**No. 03–10466.**

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2004.*

Decided May 14, 2004.

Anne E. Mosher, Esq., Christina M. Cabanillas, Office of the U.S. Attorney, Evo A. DeConcini U.S., Tucson, AZ, for Plaintiff–Appellee.

Enrique R. Gonzales, Nogales, AZ, for Defendant–Appellant.

Before CANBY, KOZINSKI and PAEZ, Circuit Judges.

MEMORANDUM **

Wilson Matute–Pineda appeals his guilty-plea conviction and 30–month sen-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

tence for re-entry after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Matute–Pineda has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Matute–Pineda has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore GRANT counsel's motion to withdraw and AFFIRM the district court's judgment.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.